FILED
2021 Jul-29 PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D'WANNA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:21-cv-00133-AKK** |
| DYNAMIC MANAGEMENT ) | |
| GROUP, LLC, ) | |
| ) | |
| Defendant. | |

## ORDER

In light of the plaintiff's notice of settlement, doc. 14, this case is **DISMISSED WITHOUT PREJUDICE**. The court shall retain jurisdiction over the parties until **August 27, 2021,** to enforce their settlement agreement. The court **ORDERS** that the parties shall file a formal stipulation of dismissal by **August 27, 2021**. Otherwise, after that date, this case will be deemed dismissed with prejudice.

**DONE** the 29th day of July, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE