UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

CASE NO: 2:21-CV-00133-AKK

vs.

DYNAMIC MANAGEMENT GROUP, LLC

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    The Plaintiff, D'Wanna Williams, and Defendant, Dynamic Management Group, LLC., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice.  The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.  Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

    Respectfully submitted this the 2nd day of August, 2021.

| | |
|---|---|
| Edward I. Zwilling, Esq. | W. Eric Pitts, Esq. |
| Law Office of Edward I. Zwilling, LLC | W. Eric Pitts, LLC |
| 4000 Eagle Point Corporate Dr. | P.O. Box 280 |
| Birmingham, Alabama, 35242 | Alabaster, AL 35007 |
| Telephone: (205) 822-2701 | Telephone: 205-216-4418 |
| Email: edwardzwilling@zwillinglaw.com | Email: eric@ericpittslaw.com |
| By _____ | By: _Eric Pitts (by EIZ with permission)_ |
|     Edward I. Zwilling |     W. Eric Pitts, Esq. |