FILED

2021 Aug-03  AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **D'WANNA WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:21-cv-00133-AKK** |
| **DYNAMIC MANAGEMENT** | ) | |
| **GROUP, LLC,** | ) | |
| | ) | |
| **Defendant.** | | |

## ORDER

Consistent with the parties' joint stipulation of dismissal, doc. 16, and the court's order of dismissal, doc. 15, this matter is deemed **DISMISSED WITH PREJUDICE**.  Each party to bear their own costs.

**DONE** the 3rd day of August, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE